IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES GAINER

    Plaintiff,

v.                                      CASE NO.: 5:23-cv-55

CITY OF GRAND RIDGE,

    Defendant.

---

## <u>NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, PANAMA CITY DIVISION:

Defendant, City of Grand Ridge, (hereinafter, "City"), pursuant to the provisions of 28 U.S.C. § 1446 and N.D. Local Rule 7.2, give Notice of Removal of this action pending in the Circuit Court of the Fourteenth Judicial Circuit in and for Jackson County, Florida, to the U.S. District Court, Northern District of Florida, Panama City Division. In support of this Notice, Defendant provides the following grounds for removal:

1.    The City is named in the matter of *James Gainer, Plaintiff, v. City of Grand Ridge,* Case No. 22-CA-200, pending in the Circuit Court of the Fourteenth Judicial Circuit in and for Jackson County, Florida. A copy of the

Amended Complaint, the Summons served on Defendant City with attached original Complaint, and the Notice of Filing Notice of Removal in Jackson Circuit Court are attached hereto as Exhibits "A", "B", and "C," respectively, and are incorporated herein by reference.

2.    Plaintiff filed a Complaint for a claim arising under Florida law in the Circuit Court of the Fourteenth Judicial Circuit, in and for Jackson County, Florida, on November 16, 2022. Plaintiff thereafter filed an Amended Complaint in the Circuit Court of the Fourteenth Judicial Circuit, in and for Jackson County, Florida, alleging his claim arose under both Florida and federal law, on January 5, 2023. Plaintiff served the City with the original Complaint on February 13, 2023, but has not yet served the City with the Amended Complaint.

3.    According to paragraph number 1 of the Amended Complaint, Plaintiff brings a claim against the City under Chapter 760, Florida Statues, 29 U.S.C. § 621, and 42 U.S.C. § 1981a.

4.    This Notice of Removal is filed within 30 days of service of the action on the City as required by 28 U.S.C. § 1446(b)(1).

5.    This Court has original jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1343, which are subject to removal to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 and § 1443, in

that Plaintiff has alleged violations of civil rights laws of the United States. This Court has supplemental jurisdiction over Plaintiff's Florida statutory and common law claim under the provisions of 28 U.S.C. § 1367.

6. Notice of Filing the Notice of Removal and a copy of this Notice of Removal will be filed with the Clerk of the Fourteenth Judicial Circuit of the State of Florida, in and for Jackson County, and served on Plaintiff, this 3rd day of March, 2023.

WARNER LAW FIRM, P. A.

*/s/ Alicia D. Carothers*
ALICIA D. CAROTHERS
Florida Bar No. 0099339
501 W. 11th Street, Suite A
Panama City, FL  32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed this 3rd day of March, 2023 via CM/ECF, and a copy was served via email to:

Marie A. Mattox, Esq.
Marie A. Mattox, P.A.
203 N. Gadsden Street
Tallahassee, FL 32301-7637
*Counsel for Plaintiff*

*/s/ Alicia D. Carothers*
ALICIA D. CAROTHERS
Florida Bar No. 0099339